IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED

JUL -8 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No.  2:16cr 98 |
| v. | ) 18 U.S.C. § 661 |
| | ) Theft within the Special Maritime and |
| GABRIEL C. GROUX, | ) Territorial Jurisdiction |
| | ) (Count One) |
| Defendant. | ) |

## CRIMINAL INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about December 22-23, 2014, within the special maritime and territorial jurisdiction of the United States, that is, on United States Fleet Activities Yokosuka, Japan, on land acquired for the use of the United States and under its jurisdiction, the defendant, GABRIEL C. GROUX, did take and carry away, with intent to steal and purloin, the personal property of R.W., of a value exceeding $1,000, to wit: two Apple iPhone 4s telephones and approximately $975 in U.S. dollars.

(In violation of Title 18, United States Code, Sections 7(3) and 661.)

Respectfully submitted,

Dana J. Boente
UNITED STATES ATTORNEY

By: _Alyssa K. Nichol_

Alyssa K. Nichol
Massachusetts Bar No. 681778
Special Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 6000
Norfolk, VA 23510
Office Number - 757-441-3554
Email Address – Alyssa.nichol@usdoj.gov

1