# United States District Court
### Eastern District of Virginia

*Norfolk Division*

| | |
|---|---|
| **United States of America**        ) | |
| ) | |
| vs        ) | Criminal No. 2:16cr98 |
| ) | |
| **GABRIEL GROUX**        ) | |

### MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

Comes now the United States of America, by counsel, and moves that the conditions of release of the defendant be modified to add the following condition, namely:

Condition 8(s): No contact with minors, including sharing a residence with any minor.

All other conditions are to remain in effect.

                              Respectfully submitted,

                              DANA J. BOENTE
                              UNITED STATES ATTORNEY

                              By: _____/s/_____
                              Stephen W. Haynie
                              Assistant United States Attorney
                              Virginia State Bar No. 30721
                              United States Attorney=s Office
                              World Trade Center, Suite 8000
                              101 W. Main Street
                              Norfolk, Virginia 23510
                              Office Number - 757-441-6331
                              Facsimile Number - 757-441-3205
                              E-Mail Address - steve.haynie@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2016, a copy of the foregoing Motion was filed electronically through the CM/ECF system, which will automatically send a notice of such filing to all affected parties.

By:       /s/
Stephen W. Haynie
Assistant United States Attorney
Virginia State Bar No. 30721
United States Attorney's Office
World Trade Center, Suite 8000
101 W. Main Street
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-3205
E-Mail Address - steve.haynie@usdoj.gov